**Order entered June 3, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00704-CR

**JEROME JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F01-53637-JH**

## ORDER

Before the Court is appellant's May 25, 2022 motion to access the supplemental clerk's record. We **GRANT** the motion and **DIRECT** the Clerk of this Court to send a copy of the May 31, 2022 supplemental clerk's record to Jerome Johnson, TDCJ #01198301, Estelle Unit, 264 FM 3478, Huntsville, TX 77320-3320. This case is at issue and will be submitted in due course.

/s/     ERIN A. NOWELL
        JUSTICE